**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TERRANCE R. BROWN** **PLAINTIFF**

**v.** **No. 3:26-cv-242-DPM**

**ROACH MANUFACTURING CORPORATION** **DEFENDANT**

# ORDER

**1.** Terrance Brown hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 18 October 2026. If he doesn't, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Brown an application to proceed *in forma pauperis*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 September 2026