**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TERRANCE R. BROWN** **PLAINTIFF**

**v.** **No. 3:26-cv-242-DPM**

**ROACH MANUFACTURING CORPORATION** **DEFENDANT**

# ORDER

**1.** Brown's application to proceed *in forma pauperis*, *Doc. 5*, is granted. He is unemployed and relies on government and family support.

**2.** The Court must screen the complaint, *Doc. 1*. 28 U.S.C. § 1915(e)(2). Brown operated a laser at Roach Manufacturing. *Doc. 1 at 4*. He was diagnosed with carpal tunnel syndrome in both hands. Brown says he was fired because of his condition. He also says his employer gave him work he couldn't do and then fired him—because of his race. *Doc. 1 at 3*. Brown attached his right-to-sue letter from the EEOC. *Doc. 1 at 5*.

Brown filed his complaint under Title VII. He hasn't stated a plausible race discrimination claim under that statute. He says he was profiled because of his race but provides no supporting facts. Plus, Brown did not provide a copy of his EEOC charge. It's unclear

whether he exhausted his administrative on his race claim. 42 U.S.C. § 2000e-5

His complaint is really about disability discrimination under the Americans with Disabilities Act. The Court needs more information. Brown has given few specifics about his work or the severity of his condition. He requested an accommodation, but there are no other details about his request or Roach's response. *Doc. 1 at 4.*

**3.** Brown must file an amended complaint by 2 December 2026. He must provide a copy of his EEOC charge. He must also provide more details about his alleged disability, the accommodation he sought, and how Roach Manufacturing responded. If he wants to pursue his race discrimination claim, he must provide more details about why he believes race motivated Roach's response. If he doesn't file an amended complaint, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2). If he does, the Court will screen his more-complete allegations.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

2 November 2026